UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL W. LEWIS | ) | CASE NO. 15-10233-WHD |
| BETTY J. LEWIS | ) | |
| | ) | |
| Debtor, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - | |
| | ) | |
| HEADWATERS FINANCIAL | ) | |
| CORPORATION | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| MICHAEL W. LEWIS | ) | |
| | ) | |
| | ) | |
| Respondent, | ) | |

**NOTICE AND ASSIGNMENT OF HEARING**

NOTICE IS HEREBY GIVEN THAT a *Motion for Relief from the Automatic Stay,* was filed in the above captioned case was filed in the above styled case on November 10, 2015.

*A HEARING will be held on December 10, 2015, at 9:00 am, in, United States Courthouse, Lewis R. Morgan Federal Building and, United States Courthouse, 18 Greenville Street, Newnan, GA 30263.* Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the pleadings or if you want the court to consider your views, then you and/or your attorney

must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk a least two business days before the hearing. The address of the **Clerk's Office is:** *Clerk, , United States Courthouse, Lewis R. Morgan Federal Building and, United States Courthouse, 18 Greenville Street, Newnan, GA 30263*.  You must also mail a copy of your response to the undersigned at the address stated below.

THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT(S) UNTIL THE COURT ORDERS OTHERWISE.

>Evan M. Altman
>Attorney for the Movant
>Ga Bar No. 014066
>Northridge 400
>8325 Dunwoody Place
>Building Two
>Atlanta, Georgia 30350
>(770) 394-646

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL W. LEWIS | ) | CASE NO. 15-10233-WHD |
| BETTY J. LEWIS | ) | |
| | ) | |
| Debtor, | ) | |
| - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - | |
| | ) | |
| HEADWATERS FINANCIAL | ) | |
| CORPORATION | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| MICHAEL W. LEWIS | ) | |
| | ) | |
| | ) | |
| Respondent, | ) | |

**MOTION FOR MODIFICATION OF THE AUTOMATIC STAY**

COMES NOW, HEADWATERS FINANCIAL CORP., ("Movant"), through counsel, and files this Motion and respectfully shows as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for modification of the existing stay for the purpose of repossession of a 2013 Harley Davidson, motor cycle, Model FLHX, Vin Number 1HD1KBM11DB667410 ("Collateral"):

2.

Respondent, MICHAEL W. LEWIS ("Respondent") is presently indebted to Movant in the amount of **$27,814.67,** pursuant to a pre-petition loan ("Loan") as evidenced by a promissory note executed on or around **May 10**, **2014** in the principal amount of **$29,471.36** financed at an annual percentage rate of **10.99** percent along with accrued fees and interest attached, secured by a first position secured lien on the Collateral. (See Exhibit "A" attached which includes the note, and the outstanding balance to date, proof of claim, collection activity and title). As can be seen, the principal amount has not been reduced at all due to the late fees, legal fees and other fees.

3.

Respondent filed his voluntary petition in Chapter 13 on *February 4, 2015*, and remains in possession of the Collateral, although Respondent has failed to make the required Trustee payments on the Collateral and has not demonstrated that retention of the Collateral is necessary for Respondent to earn a living.

4.

Debtor has no need for the Collateral in that he has another vehicle available in the household that can be used for transportation, plus Debtor is a truck driver with access to a truck during his work day.

5.

It appears that there are no junior lien holders with an interest in the Collateral.

6.

The said motorcycle listed above is depreciating over time and the Respondent is not adequately protecting Movant's interest in the Collateral.

7.

There is no equity in the Collateral to benefit the estate and Respondent does not need the said Collateral in order to survive in that there are other vehicles for transportation. None of the vehicles are being surrendered.

8.

Debtor's Plan proposed to pay Movant **$28,035.00** payable at **5.25% APR** at the rate of $**600.00 per month**. This was acceptable to Movant, but Debtor's Plan payments have been inconsistent and Movant is receiving less that its Plan payment per month. This does not adequately protect Movant's position in the Collateral in that the Collateral is continuing to depreciate over time faster than what the Debtor is proposing to pay it off.

9.

Based upon the foregoing facts, Movant shows that good cause exists, including a lack of adequate protection and Respondent's inability to consistently make the said Trustee payments for granting to Movant modification of the automatic stay, to enable Movant to regain possession and to dispose of the Collateral as provided under the laws of the State of Georgia.

WHEREFORE, Movant respectfully prays as follows:

    a.    That the Court modify the automatic stay pursuant to 11 U.S.C. Section 362 of the Bankruptcy Code so as to allow Movant to recover the Collateral;

  b. That the Court hold a Hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

  c. That the Court grant such other and further relief as may be equitable and just under the circumstances.

  This 10th day of November, 2015.

          /s/ Evan M. Altman
          EVAN M. ALTMAN
          Attorney for Movant
          GA Bar Number 014066

Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the within and foregoing Motion to Lift Stay by depositing same in the United States Mail with adequate postage affixed thereto to assure delivery, addressed as follows:

**Michael Wayne Lewis**
154 Lewis Bryant Road
Pine Mountain, GA 31822

**H. Brooks Cotten**
H. Brooks Cotten, PC
5 Jackson Street
Newnan, GA 30263

**Betty Jean Lewis**
154 Lewis Bryant Road
Pine Mountain, GA 31822

**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

This 10th day of November, 2015.

    /s/ Evan M. Altman
    EVAN M. ALTMAN
    Attorney for Movant
    GA Bar Number 014066

Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466